UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| IN RE: | ) | 3:09-CV-009 | 3:09-CV-568 | 3:09-CV-604 |
|---|---|---|---|---|
| | ) | 3:09-CV-014 | 3:09-CV-569 | 3:09-CV-605 |
| | ) | 3:09-CV-048 | 3:09-CV-570 | 3:10-CV-191 |
| | ) | 3:09-CV-054 | 3:09-CV-571 | 3:11-CV-217 |
| TENNESSEE VALLEY AUTHORITY | ) | 3:09-CV-064 | 3:09-CV-572 | 3:11-CV-489 |
| ASH SPILL LITIGATION | ) | 3:09-CV-114 | 3:09-CV-578 | 3:11-CV-574 |
| | ) | 3:09-CV-491 | 3:09-CV-579 | 3:11-CV-575 |
| | ) | 3:09-CV-495 | 3:09-CV-582 | 3:11-CV-581 |
| | ) | 3:09-CV-496 | 3:09-CV-583 | 3:11-CV-582 |
| | ) | 3:09-CV-497 | 3:09-CV-584 | 3:11-CV-588 |
| | ) | 3:09-CV-504 | 3:09-CV-589 | 3:11-CV-589 |
| | ) | 3:09-CV-517 | 3:09-CV-590 | 3:11-CV-590 |
| | ) | 3:09-CV-529 | 3:09-CV-591 | 3:11-CV-591 |
| | ) | 3:09-CV-550 | 3:09-CV-592 | 3:11-CV-596 |
| | ) | 3:09-CV-553 | 3:09-CV-593 | 3:11-CV-603 |
| | ) | 3:09-CV-554 | 3:09-CV-594 | 3:11-CV-604 |
| | ) | 3:09-CV-555 | 3:09-CV-595 | 3:11-CV-605 |
| | ) | 3:09-CV-563 | 3:09-CV-596 | 3:11-CV-606 |
| | ) | 3:09-CV-564 | 3:09-CV-597 | 3:11-CV-607 |
| | ) | 3:09-CV-565 | 3:09-CV-602 | 3:11-CV-612 |
| | ) | 3:09-CV-566 | 3:09-CV-603 | 3:11-CV-613 |
| | ) | (VARLAN/GUYTON) | | |

## ORDER FOR DISBURSEMENT OF FUNDS

On August 4, 2014, the Court entered an Order Dismissing All Claims of All Plaintiffs with Prejudice and Implementing Certain Other Terms of Mediated Global Resolution ("Judgment Order") in the sixty-three actions listed in the caption of this Order. (*See, e.g.*, *Blanchard, et al. v. Tennessee Valley Authority*, Case No. 3:09-CV-09, ECF Doc. 540.)

In accordance with the Judgment Order, TVA deposited $27,800,000 with the Clerk of the Court, and the Clerk disbursed $25,500,000 of that amount to counsel for the plaintiffs and retained the remaining $2,300,000 subject to further disbursement orders from the Court. Plaintiffs and TVA now jointly seek an order directing the Clerk to disburse $2,000,000 of the retained funds.

The Court, having reviewed the records in these cases, the pending joint motion of the plaintiffs and TVA, and the proposed order attached to that joint motion, and finding that the joint motion is well taken and should be granted, it is hereby ORDERED:

1. The Clerk is authorized and directed to disburse $2,000,000.00 of the retained funds to counsel for plaintiffs. The disbursements to counsel for plaintiffs shall be made as follows:

| | | |
|---|---|---:|
| a. | Friedman, Dazzio, Zulanas & Bowling, P.C. | $138,163.51 |
| b. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | $139,570.45 |
| c. | Bunstine, Watson & Becker | $7,148.40 |
| d. | Lieff Cabraser Heimann & Bernstein, LLP | $497,742.80 |
| e. | Ridenour & Ridenour | $56,923.20 |
| f. | Pemberton & Scott, LLP | $66,812.00 |
| g. | Villari, Brandes & Giannone, P.C. | $96,089.54 |
| h. | Sherif Guindi, Esq. | $25,179.49 |
| i. | Weitz & Luxenberg, P.C. | $972,370.61 |

2. In accordance with Paragraph 6 of the Judgment Order, this Order shall be filed in *Blanchard, et al. v. Tennessee Valley Authority*, Case No. 3:09-CV-09, and shall be deemed as filed in all sixty-three actions listed in the caption of this Order.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE